# Court of Appeals
# of the State of Georgia

ATLANTA, _July 18, 2018_

*The Court of Appeals hereby passes the following order:*

**A18A1860.  ANTHONY EDEN v. THE STATE.**

Anthony Eden pled guilty to first-degree burglary and theft by taking, and the trial court sentenced him on March 6, 2017.  On March 1, 2018, Eden filed a motion to modify his sentence, which the trial court denied on April 2, 2018.  Eden filed his notice of appeal of that denial on May 4, 2018.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Eden filed his notice of appeal 32 days after entry of the trial court's order, his appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _07/18/2018_
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ , *Clerk.*